UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALISA IRLINA,

    Plaintiff,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

No. C 14-0929 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Thelton E. Henderson for consideration of whether the case is related to Case No. C-14-0381 TEH.

**IT IS SO ORDERED.**

Dated: February 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge