UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA IRLINA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, OAKLAND ANIMAL SERVICES DIVISION,<br><br>        Defendant. | Case No. 14-cv-00381-TEH<br><br>**ORDER FINDING AS MOOT REFERRAL TO CONSIDER RELATING CASES** |

On February 28, 2014, Judge Phyllis J. Hamilton referred *Irlina v. State of California, et al.*, Case No. 14-cv-0929-PJH, to this Court to determine whether it should be related to this case. On March 4, 2014, Judge Hamilton dismissed with prejudice *Irlina v. State of California, et al*. Accordingly, the Court finds as moot the referral to consider whether these cases should be related.

**IT IS SO ORDERED.**

Dated: 3/10/14

                                            THELTON E. HENDERSON
                                            United States District Judge